ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA  94102
(415) 982-1510

Attorneys for Plaintiff
LELAND H. BRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>      Plaintiff,<br><br>vs.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive,<br><br>      Defendants.<br>_____ / | CASE NO. C 08-00535 BZ<br><br>CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE: May 5, 2008<br>TIME: 4:00 p.m.<br>PLACE: Courtroom G, 15th Floor<br>JUDGE: MAGISTRATE B. ZIMMERMAN |

    Since this case was filed the parties through their agents have been working to resolve this matter. Plaintiff requests that the case management conference be postponed for at least 90 days to see if resolution can be reached.

Dated: April 16, 2008

                      LAW OFFICES OF ROBERT F. KANE
                      Attorneys for Plaintiff
                      LELAND H. BRAY

                      By: _____
                            ROBERT F. KANE