IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Leland H. Bray,**

         Plaintiff(s),

  v.

**Messmore Kendall, et al.,**

         Defendant(s),

No. **C08-0535 BZ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is reset to **Monday, August 11, 2008 at 4:00 p.m.** before Magistrate Judge Bernard Zimmerman. The previously set date of **May 5, 2008** at **4:00 p.m.** is hereby **vacated**. The joint case management conference statement is due 7 days prior to the conference.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 17, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
    Lashanda Scott
    Courtroom Deputy