ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510

Attorneys for Plaintiff
LELAND H. BRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. C 08-00535 BZ<br><br>CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE: August 11, 2008<br>TIME: 4:00 p.m.<br>PLACE: Courtroom G, 15th Floor<br>JUDGE: MAGISTRATE B. ZIMMERMAN |

The parties through their agents are still working to resolve this matter. I have been advised that the paperwork should be completed by the end of August 2008. Plaintiff requests that the case management conference be postponed until after September 2008.

Dated: July 9, 2008　　　　LAW OFFICES OF ROBERT F. KANE
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　LELAND H. BRAY

　　　　　　　　　　　　　　By: /s/ Robert F. Kane
　　　　　　　　　　　　　　　　ROBERT F. KANE

CASE MANAGEMENT CONFERENCE
STATEMENT

1