UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>        Plaintiff(s),<br><br>   v.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive.<br><br>        Defendant(s). | No. C08-0535 BZ<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that at the request of the parties the Case Management Conference presently scheduled for August 11, 2008 is continued to **Monday, September 8, 2008 at 4:00 p.m.** Case Management statements are due 7 days prior to the Case Management Conference.

Dated: July 10, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\BRAY V. KENDALL\CLERKS NOTICE CONTINUE CMC.wpd

1