```
ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA  94102
(415) 982-1510

Attorneys for Plaintiff
LELAND H. BRAY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. C 08-00535 BZ<br><br>CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE: September 8, 2008<br>TIME: 4:00 p.m.<br>PLACE: Courtroom G, 15th Floor<br>JUDGE: MAGISTRATE B. ZIMMERMAN |

　　　The parties have completed certain paperwork in Mexico and it is being reviewed by financial institutions that are involved in the transaction. Until the paperwork in Mexico is accepted, the case cannot be dismissed. Plaintiff requests the case management conference be put over 60 days.

Dated: September 5, 2008　　　　LAW OFFICES OF ROBERT F. KANE
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　LELAND H. BRAY

　　　　　　　　　　　　　　　　By: /s/ Robert F. Kane
　　　　　　　　　　　　　　　　　　　ROBERT F. KANE