1  ROBERT F. KANE, ESQ. (State Bar No. 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA  94102
3  (415) 982-1510

4  Attorneys for Plaintiff
   LELAND H. BRAY
5

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  LELAND H. BRAY,                    CASE NO. C 08-00535 BZ

12        Plaintiff,

13  vs.
                                   **CASE MANAGEMENT CONFERENCE**
14  MESSMORE KENDALL, HONEY        **STATEMENT**
    TAYLOR, MESSMORE KENDALL III,
15  ALEXANDER KENDALL,             DATE: September 8, 2008
    and DOES 1 through             TIME: 4:00 p.m.
16  100, inclusive,                PLACE: Courtroom G, 15th Floor
                                   JUDGE: MAGISTRATE B. ZIMMERMAN
17

18        Defendants.
    _____/

19        The parties have completed certain paperwork in Mexico and

20  it is being reviewed by financial institutions that are involved

21  in the transaction.  Until the paperwork in Mexico is accepted,

22  the case cannot be dismissed.  Plaintiff requests the case

23  management conference be put over 60 days.

24

25  Dated: September 5, 2008        LAW OFFICES OF ROBERT F. KANE
                                    Attorneys for Plaintiff
    IT IS ORDERED that CMC continued LELAND H. BRAY
26  to November 3, 2008 at 4:00 p.m.

27
    Dated: Sept. 5, 2008
28                                  By: _____
                                         ROBERT F. KANE
    Bernard Zimmerman
    United States Magistrate Judge        1        CASE MANAGEMENT CONFERENCE
                                                             STATEMENT