1 ROBERT F. KANE, ESQ. (State Bar No. 71407)
  LAW OFFICES OF ROBERT F. KANE
2 870 Market Street, Suite 1128
  San Francisco, CA  94102
3 (415) 982-1510

4 Attorneys for Plaintiff
  LELAND H. BRAY

5

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 LELAND H. BRAY,                  CASE NO. C 08-00535 BZ

12         Plaintiff,

13 vs.
                                    **CASE MANAGEMENT CONFERENCE**
14 MESSMORE KENDALL, HONEY          **STATEMENT**
   TAYLOR, MESSMORE KENDALL III,
15 ALEXANDER KENDALL,               DATE: November 3, 2008
   and DOES 1 through               TIME: 4:00 p.m.
16 100, inclusive,                  PLACE: Courtroom G, 15th Floor
                                    JUDGE: MAGISTRATE B. ZIMMERMAN
17
           Defendants.
18 _____/

19
       The Plaintiff is still waiting for paperwork to be processed
20
   and accepted by the bank in Mexico so that the case can be
21
   dismissed.  Plaintiff requests the case management conference be
22
   put over 30 days.
23

24 Dated: October 28, 2008        LAW OFFICES OF ROBERT F. KANE
                                  Attorneys for Plaintiff
                                  LELAND H. BRAY

   Dated: 10/29/08

                                  By: /s/ ROBERT F. KANE
                                      ROBERT F. KANE

**GRANTED**
*Judge Bernard Zimmerman*

The Case
Management
Conference is            CASE MANAGEMENT CONFERENCE
continued to Dec. 8,                         STATEMENT
2008 at 4:00 p.m.