ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510

Attorneys for Plaintiff
LELAND H. BRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. C 08-00535 BZ<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE: December 8, 2008<br>TIME: 4:00 p.m.<br>PLACE: Courtroom G, 15th Floor<br>JUDGE: MAGISTRATE B. ZIMMERMAN |

　　　　The documents necessary to effectuate the transfer have still not been signed. As a result, plaintiff has filed an amended complaint which is now out for service on defendant Messmore Kendall. Plaintiff requests that a status conference be set after January 15, 2009 to determine if the transfer papers will be signed on behalf of the defendants or not, and if not, Plaintiff will demand that a response pleading be filed.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: November 25, 2008

Request granted. CMC continued to February 2, 2009 at 4:00 p.m. There will be no further continuances. Plantiff shall serve this Order on defendants.

*[signature: Bernard Zimmerman]*

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiff
LELAND H. BRAY

By: *[signature]*
　　ROBERT F. KANE

1

CASE MANAGEMENT
CONFERENCE STATEMENT