1  ROBERT F. KANE (SBN 71407)
   LAW OFFICES OF ROBERT F. KANE
2  870 Market Street, Suite 1128
   San Francisco, CA  94102
3  (415) 982-1510

4  Attorneys for Plaintiff
   LELAND H. BRAY
5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 LELAND H. BRAY,                NO. C08-00535 SC

11      Plaintiffs,              STIPULATION TO CONTINUE HEARING
                                 ON MOTION TO DISMISS AND CASE
12                               MANAGEMENT CONFERENCE AND
                                 PROPOSED ORDER
13 vs.

14 MESSMORE KENDALL, et al.

15      Defendants.
   _____/
16
        IT IS HEREBY STIPULATED by and between the parties to this
17
   action through their designated counsel that the Case Management
18
                                    March 20, 2009
19 Conference  presently  scheduled  for  February  2,  2009  and

20 defendant's  Motion  to  Dismiss  presently  set  for  hearing  on

21 February 20, 2009 shall be continued to April 3, 2009 to be heard

22
   concurrently  as  parties  are  presently  attempting  to  settle  the
23
   matter.   Plaintiff's time to file opposition shall be determined
24
   by the new date of the hearing.
25

26 Dated: ___1/30/09___

27                               LAW OFFICES OF ROBERT F. KANE
                                 BY ROBERT F. KANE
28                               Attorney for Plaintiffs

                           1

                           STIPULATION TO CONTINUE HEARING

1      Leland Bray

2

3   Dated: ___1/30/09___        _____ for
                                 Burnham Brown, A Professional
4                                Law Corporation
                                 BY DEREK LIM
5                                Attorneys for Defendant
                                 Messmore Kendall

8        Pursuant to the Stipulation of the parties and good cause

9   appearing:

10       The Case Management Conference and the hearing on Defendant

11  Messmore Kendall's Motion to Dismiss in the above entitled matter

12  is continued to April 3, 2009.

13

14  Dated: ___Feb 5, 2009___

15                                  IT IS SO ORDERED
    Judge                                           States
16  Distr            Judge Samuel Conti

17

18

19

20

21

22

23

24
25

26

27

28

                            2

                                              STIPULATION TO CONTINUE HEARING