ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA  94102
(415) 982-1510

Attorneys for Plaintiff
LELAND H. BRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. C 08-00535 BZ<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE: April 3, 2009<br>TIME: 4:00 p.m.<br>PLACE: Courtroom G, 15th Floor<br>JUDGE: MAGISTRATE B. ZIMMERMAN |

The Parties have entered into a settlement agreement. The parties request that this matter be put over 45 days for filing of a dismissal.

Respectfully Submitted,

Dated: March 27, 2009

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiff
LELAND H. BRAY

By: _____
ROBERT F. KANE

Dated: March 27, 2009

BURNHAM BROWN, A Prof. Law Corporation
Attorneys for Defendant Messmore Kendall

By: _____
DEREK H. LIM

CASE MANAGEMENT
CONFERENCE STATEMENT