1  Eric R. Haas, CASB# 073947
   Derek H. Lim, CASB# 209496
2  Melissa A. Brown, CASB# 253032
   BURNHAM BROWN
3  A Professional Law Corporation
   P.O. Box 119
4  Oakland, California 94604
   ---
5  1901 Harrison Street, 11th Floor
   Oakland, California  94612
6  Telephone:    (510) 444-6800
   Facsimile:    (510) 835-6666
7  Email:        ehaas@burnhambrown.com
                 dlim@burnhambrown.com
8                mbrown@burnhambrown.com

9  Attorneys for Defendant
   MESSMORE KENDALL
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

   LELAND H. BRAY,                          No. 08-00535 SC
13
              Plaintiff,
                                            **STIPULATION TO CONTINUE**
14                                          **HEARING ON DEFENDANT**
   v.                                       **MESSMORE KENDALL'S MOTION**
15                                          **TO DISMISS**
   MESSMORE KENDALL, HONEY
16 TAYLOR, MESSMORE KENDALL III,
   ALEXANDER KENDALL, and DOES 1
17 through 100, inclusive,

18            Defendants.

19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

   STIPULATION TO CONTINUE DEF. MESSMORE                    No. 08-00535 SC
   KENDALL'S MOTION TO DISMISS

1        IT IS HEREBY STIPULATED by and between the parties to this action through their

2 designated counsel that the hearing for the motion to dismiss filed by defendant MESSMORE

3 KENDALL shall be continued to June 12, 2009, as the parties to this action have entered into a

4 settlement agreement.

5 Dated: 4/10/09                 BURNHAM BROWN

6

7

8                                    DEREK LIM
                                   Attorneys for Defendant
                                   Messmore Kendall

9

10

11 Dated: 4/10/09                 LAW OFFICES OF ROBERT F. KANE

12

13

14                                    ROBERT F. KANE
                                   Attorney for Plaintiff

15                                    Leland Bray

16        Pursuant to this Stipulation of the parties and good cause appearing therefore:

17        The hearing on defendant MESSMORE KENDALL'S motion to dismiss in the above

18 entitled matter is continued to June 12, 2009.

19

20

21 Dated: 4/13/09                      IT IS SO ORDERED

22                Judge Sam_____
               United Stat___ _____ _____ Judge
                                Judge Samuel Conti

23 931609

24

25

26

27

28

STIPULATION TO CONTINUE DEF. MESSMORE    1
KENDALL'S MOTION TO DISMISS