ROBERT F. KANE, ESQ. (State Bar No. 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
(415) 982-1510

Attorneys for Plaintiff
LELAND H. BRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. C 08-00535 BZ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS AND** ~~PROPOSED~~ **ORDER**<br><br>DATE: June 12, 2009<br>TIME: 10 a.m.<br>PLACE: Department One<br>JUDGE: Hon. Samuel Conti |

The Parties are in the process of consummating a settlement agreement and have encountered a delay in getting documents approved and executed in Mexico. The parties request that this matter be put over 45 days to August 28, 2009 at 10:00 a.m. in Department One.

Respectfully Submitted,

Dated: June 10, 2009

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiff
LELAND H. BRAY

By: /s/ Robert F. Kane
ROBERT F. KANE

Dated: June 10, 2009

BURNHAM BROWN, A Prof. Law Corporation
Attorneys for Defendant Messmore Kendall

By: /s/ Melissa Brown
MELISSA BROWN

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
1    AND HEARING ON MOTION TO DISMISS AND PROPOSED ORDER

ORDER

IT IS HEREBY ORDERED that the Case Management Conference and the Hearing on Motion to Dismiss be continued until August 28, 2009, at 10:00 a.m. in Department One.

IT IS SO ORDERED.

Dated: June 11, 2009



Judge Sam
United States ___ Judge