Eric R. Haas, CASB# 073947
Derek H. Lim, CASB# 209496
Melissa A. Horst, CASB# 253032
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:	(510) 444-6800
Facsimile:	(510) 835-6666
Email:	ehaas@burnhambrown.com
	dlim@burnhambrown.com
	mhorst@burnhambrown.com

Attorneys for Defendant
MESSMORE KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND H. BRAY,<br><br>Plaintiff,<br><br>v.<br><br>MESSMORE KENDALL, HONEY TAYLOR, MESSMORE KENDALL III, ALEXANDER KENDALL, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 08-00535 SC<br><br>**STIPULATION TO CONTINUE DEADLINES FOR FILING ADDITIONAL BRIEFS REGARDING MOTION TO DISMISS**<br><br>Date:	October 23, 2009<br>Time:	10:00 a.m.<br>Place:	Department One<br>Judge:	Hon. Samuel Conti |

**STIPULATION**

Plaintiff LELAND BRAY ("Plaintiff") and Defendant MESSMORE KENDALL ("Defendant") (collectively, "the Parties") hereby request a three-week continuance of the deadlines for filing the additional briefs requested by the Court regarding jurisdictional and venue issues raised by Defendant's Motion to Dismiss. Plaintiff has recently obtained new counsel in Mexico and has represented that translated title transfer documents addressing the Parties' needs will be made available for Defendant's review in the near future. If these title transfer documents are found to be acceptable, the Parties believe they can resolve this matter without further involvement of the Court.

1  The Parties understand that no further extensions will be granted on this matter and, if
2  the requested continuance is granted and the Parties are unable to resolve this matter, that the
3  Court will make a determination regarding Defendant's Motion to Dismiss based on the filed
4  documents alone.

5  Dated: October 6, 2009                                    BURNHAM BROWN

                                                             _____
                                                             DEREK LIM
                                                             Attorneys for Defendant
                                                             Messmore Kendall

Dated: 10/7/09                                               LAW OFFICES OF ROBERT F. KANE

                                                             _____
                                                             ROBERT F. KANE
                                                             Attorney for Plaintiff
                                                             Leland Bray

**ORDER**

IT IS HEREBY ORDERED that the deadlines for filing the Court-requested additional briefs are continued to the following dates:

- Defendant's additional brief must be filed by Friday, October 30, 2009, and
- Plaintiff's additional brief must be filed by November 6, 2009.

IT IS SO ORDERED.

Dated: October 14, 2009

_____
Judge Samuel Conti
United States District Court Judge

970002